Malcolm P. ALDRICH and Mary S. Harkness, Administrators with the will annexed of the Estate, etc. v. STATE TAX COMMISSION OF UTAH, Union Pacific Railroad Company.

No. 6358. Decided October 9, 1942. (129 P. 2d 887.)

*Garfield O. Anderson, Grant A. Brown,* and *J. Lambert Gibson,* all of Salt Lake City, for appellants.

*Van Cott, Riter & Farnsworth,* of Salt Lake City, and *Sage, Gray, Todd & Sims,* and *Melber Chambers,* all of New York City, for respondents.

LARSON, Justice.

This cause was previously before this court, 102 Utah ..., 116 P. 2d 923, where the facts are fully stated. Upon authority of the case of *Untermyer* v. *State Tax Commission,* 102 Utah 214, 129 P. 2d 881, decided this day, the judgment is reversed and the cause remanded to the District Court for further proceedings holding the estate subject to tax and the determination of the amount.

Costs to appellant.

McDONOUGH, J., concurs.

MOFFAT, C. J., concurs in the result.

WOLFE, Justice (concurring).

I concur in the results for the reasons stated in the case of Untermyer v. State Tax Commission.

PRATT, J., on leave of absence.